AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
           COUNSEL/PARTIES OF RECORD

           JAN 23 2025

           CLERK US
           DISTR...
BY: _____
```

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:24-cr-00265-JAD-MDC |
| JIMMY FRANKLIN DEARMAN | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>333 Las Vegas Blvd. South<br>Las Vegas, NV 89101 | Courtroom No.: 3A |
|---|---|
| | Date and Time: 1/24/25 2:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 01/23/2025

_____
*Judge's signature*

Maximiliano D Couvillier, III US Magistrate Judge
*Printed name and title*