SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
MISTY. L. DANTE
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Misty.Dante@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | 2:24-CR-265-JAD-MDC |
|---|---|
| Plaintiff, | **Motion to Unseal Bill of Particulars for Forfeiture of Property, ECF No. 5** |
| v. | |
| JIMMY FRANKLIN DEARMAN, | |
| Defendant. | |

The United States of America requests this Court to unseal the Bill of Particulars for Forfeiture of Property, ECF No. 5, under LR IA 10-5(b). Since the Criminal Indictment is unsealed in this case, there is no need to keep the Bill of Particulars under seal.

Dated: February 24, 2025.

Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

 /s/  Misty L. Dante
MISTY L. DANTE
Assistant United States Attorney


IT IS SO ORDERED

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

DATED: 2/25/2025