**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JIMMY FRANKLIN DEARMAN,

Defendant.

2:24-CR-265-JAD-MDC

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and 2253(a)(3) based upon the plea of guilty by Jimmy Franklin Dearman to the criminal offenses, forfeiting the property set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Jimmy Franklin Dearman pled guilty. Criminal Indictment, ECF No. 2; Bill of Particulars, ECF No. 5; Change of Plea, ECF No. 35; Plea Agreement, ECF No. 36; Preliminary Order of Forfeiture, ECF No. 37.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 3, 2026, through July 2, 2026, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 38-1, p. 5-7.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 41.

On July 17, 2026, the United States Attorney's Office attempted to serve Jimmy Japansen Dearman at Decatur Blvd by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Both mailings were returned as attempted – not known and unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 41-1, p. 3-16.

On July 17, 2026, the United States Attorney's Office attempted to serve Hanna Dearman at Decatur Blvd by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. Notice of Filing Service of Process – Mailing, ECF No. 41-1, p. 3-12, 17-19.

On July 17, 2026, the United States Attorney's Office served Hanna Dearman at Reggie Circle by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 41-1, p. 3-12, 20-22.

On July 17, 2026, the United States Attorney's Office served Jimmy Japansen Dearman at Reggie Circle by regular and certified return receipt mail with the Preliminary Order of Forfeiture and the Notice. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 41-1, p. 3-12, 23-25.

No other people, entities, or addresses were located for service.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed.

R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. One (1) silver HP Pavilion Laptop, Model No. 17-ar050wm, Serial No. 5CD7343B2X, with a Toshiba 500GB SATA hard-drive, Model No. MQ01ACF050, Serial No. 58GWCKG0T;
2. One (1) black Google Pixel 7 Pro 128GB cellphone, IMEI No. 1-352419782370346 and IMEI No. 2-352419782370353;
3. Three (3) San Disk Cruzer 32GB Thumb Drives; and
4. One (1) black Google Pixel 2XL 64GB cellphone, IMEI No. 35803408469497, Serial No. 712KPED105280

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Jimmy Franklin Dearman, Hanna Dearman, Jimmy Japansen, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED September 1, 2026.

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE